

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERTO GONZALEZ,
            Petitioner,                          :          CIVIL ACTION
                                                 :
    v.                                           :      **FILED**

WARDEN, SCI DALLAS et al.,                    APR 2 4 2009   NO. 08-3650
            Respondents.
                                    MICHAEL E. KUNZ, Clerk
                                    By _____ Dep. Clerk
                                           ORDER

EDMUND LUDWIG, J.

        AND NOW, this ___14th___ day of ___April___, 2009, upon careful and independent

consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and

Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

        1.      The Report and Recommendation is APPROVED and ADOPTED.

        2.      The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

        3.      There is no probable cause to issue a certificate of appealability.

        4.      The Clerk of the Court shall mark this case closed for statistical purposes.

        - Objections are over-ruled.

                                        BY THE COURT:

                                        _____
                                        EDMUND LUDWIG, J.

cc: LKC